PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District of Delaware |
|---|---|
| Name (under which you were convicted): John H. Benge, Jr. | Docket or Case No.: |
| Place of Confinement: Sussex Correctional Institution | Prisoner No.: 494395 |

| Petitioner (include the name under which you were convicted)<br><br>John H. Benge, Jr.    v. | Respondent (authorized person having custody of petitioner)<br><br>Rick Kearney, Warden<br>Sussex Correctinal Inst. |
|---|---|
| The Attorney General of the State of Delaware   M. Jane Brady, Esq.<br>820 N. French Street, Wilmington, DE 19801 | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   Superior Court of the State of Delaware in and for New Castle County    500 N. King Street, Wilmington, DE 19801

   (b) Criminal docket or case number (if you know): Case ID No. 0301005493

2. (a) Date of the judgment of conviction (if you know): March 19, 2004
   (b) Date of sentencing: March 19, 2004

3. Length of sentence: 3 years imprisonment

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____
   Unlawful electronic interception - 3 counts
   Attempted unlawful electronic interception - 1 count
   Burglary third degree - 2 counts

6. (a) What was your plea? (Check one)

   (1) Not guilty ☐        (3) Nolo contendere (no contest) ☐
   (2) Guilty ☒            (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

 

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☐        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?

    Yes ☒  No ☐

9. If you did appeal, answer the following:

  (a) Name of court: __Supreme Court of the State of Delaware__

  (b) Docket or case number (if you know): __No. 137, 2004__

  (c) Result: __Conviction (sentence) affirmed__

  (d) Date of result (if you know): __November 12, 2004__

  (e) Citation to the case (if you know): __unreported four page order__

  (f) Grounds raised: __i) the sentence imposed exceeded the maximum penalty permissible under the facts established by the guilty plea; the sentencing judge enhanced the sentence based upon facts neither alledged in the indictment, established by the plea of guilty, admitted by petitioner nor tried to a jury and proven beyond a reasonable doubt; ii) the sentece violated pettioner's First Amendment right to petition for redress__

  (g) Did you seek further review by a higher state court?  Yes ☐  No ☒

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

  (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☒  No ☐

    If yes, answer the following:

    (1) Docket or case number (if you know): __No. 04-8789__

    (2) Result: <u>certiorari was denied</u>

    (3) Date of result (if you know): <u>April 24, 2005</u>

    (4) Citation to the case (if you know): <u>unknown</u>

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐ No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ❑  No ❑

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ❑  No ❑

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    Yes ❑  No ❑

    (2) Second petition:  Yes ❑  No ❑

    (3) Third petition:   Yes ❑  No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** The sentence imposed upon Petitioner of three years violated the Sixth Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The sentencing judge exceeded the maximum penalty permitted under the Delaware Truth in Sentencing guideliines and the sentence was enhanced above those guidelines on the basis of "facts" - that pettitioner lacked remorse for his misdeeds - that were neither admitted by petitioner nor proven to a jury beyond a reasonable doubt. See Argument I in the brief filed herewith.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☒   No ☐
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☐   No ☒
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

　　Yes ❏　No ❏

(4) Did you appeal from the denial of your motion or petition?

　　Yes ❏　No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

　　Yes ❏　No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** Petitioner's sentence was imposed in violation of petitioner's right to petition for redress

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner was sentenced to a term of incarceration rather than probation because he exercised his First Amendment right to petition a state government official with respect to redress of a grievance. The sentencing judge specifically linked the prison sentence to a letter sent by petitioner to a Delaware cabinet official

    complaining about illegal drug use by a state employee working
    within that cabinet officials area of responsiblity. See
    Argument II in the brief filed herewith.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☒   No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    Yes ☐   No ☒

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

    Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion or petition?

    Yes ☐   No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❏   No ❏

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?         Yes ❏   No ❏

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

   (3) Did you receive a hearing on your motion or petition?

       Yes ❏   No ❏

   (4) Did you appeal from the denial of your motion or petition?

       Yes ❏   No ❏

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

       Yes ❏   No ❏

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

   _____

   _____

   _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

   _____

   _____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❏   No ❏

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?     Yes ❏   No ❏

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

    (3) Did you receive a hearing on your motion or petition?

    Yes ❏   No ❏

    (4) Did you appeal from the denial of your motion or petition?

    Yes ❏   No ❏

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☒ No ☐

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __Not applicable__

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☒ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____
    the petition for certiorari referenced in the response to paragraph no. 9 (h) above

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: Robert Goff, Esq.
    Public Defender's Office, 820 French St. Wilmington, DE 19801
(b) At arraignment and plea: (same)

(c) At trial: Not applicable

(d) At sentencing: (same)

(e) On appeal: Bernard J. O' Donnell, Esq. Public Defender's Office
    820 N. French Street Wilmington, DE 19801
(f) In any post-conviction proceeding: Not applicable

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐  No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❑   No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: <u>issuance of a writ of habeas corpus releasing petitioner from custody conditioned</u> <s>upon a resentencing</s>
or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on July 20, 2005 (month, date, year).

Executed (signed) on July 20, 2005 (date).

_____
Signature of Petitioner

---

*(...continued)
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

## IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

\* \* \* \* \*