IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN H. BENGE, JR.,<br>*PETITIONER* | )<br>)<br>) | 05- 551 |
| v. | )<br>)<br>) | NO. _____, 2005 |
| RICK KEARNEY, WARDEN<br>SUSSEX CORRECTIONAL<br>INSTITUTION,<br>*RESPONDENT* | )<br>)<br>)<br>)<br>)<br>) | |

### MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT
### OF A PETITION FOR *HABEAS CORPUS*

COMES NOW, John H. Benge, Jr., petitioner *pro se*, and moves this Court for an order granting leave to petitioner to file the attached brief in support of petitioner's petition for a writ of *habeas corpus* at the time of the filing of such petition for relief and for leave to exceed the page limitation for a brief filed with this Court.

Date: July 20, 2005

So Ordered this \_\_\_\_\_ day of
July, 2005

John H. Benge, Jr.
Sussex Correctional Inst.
P.O. Box 500
Georgetown, DE 19947