IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN H. BENGE, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-551-GMS |
| | ) | |
| RICK KEARNEY, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

At Wilmington this 26th day of August, 2005;

IT IS ORDERED that:

Petitioner John H. Benge's motion for leave to file a brief in support of his 2254 petition is GRANTED as moot. (D.I. 2.) Benge filed the motion simultaneously with his brief.

_____
UNITED STATES DISTRICT JUDGE

FILED

AUG 3 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE