**John H. Benge, Jr.**
Sussex Correctional Inst.
P.O. Box 500
Georgetown, DE 19947
August 23, 2005

Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801



                Re: Benge v. Kearney
                    No. 05-550(GMS)
                Benge v Kearney
                    No. 05-0551(GMS)

Dear Mr. Clerk:

    I enclose herewith four motions for filing with the Court.

There are two motions in each of the above civil actions: separate motions to consolidate to be filed in both 05-0550 and 05-0551; and separate motions to impose conditions upon transfer of custody to be filed in both 05-0550 and 05-0551.

    Thank you for your kind assistance.

                                          Respectfully,

                                          */s/ John Benge*

Cc: Gregory E. Smith, Esq., Deputy Attorney General