IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN H. BENGE, JR.,<br><br>    Petitioner,<br><br>v.<br><br>RICK KEARNEY,<br>Warden,<br><br>    Respondent. | Civil Action No. 05-550-GMS |

ORDER

At Wilmington this 3rd day of October, 2005;

IT IS ORDERED that:

Petitioner John H. Benge's motion to consolidate his two habeas proceedings, *Benge v. Kearney*, Civ. A. No. 05-550-GMS and *Benge v. Kearney*, Civ. A. No. 05-551-GMS, is DENIED. (D.I. 8.)

UNITED STATES DISTRICT JUDGE

FILED
OCT - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE