FILED

Oct 17  2 58 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)  CHRIS J. SURLES   C. Date of Delivery |
| 1. Article Addressed to:  LOREN MEYERS DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE 820 N. FRENCH STREET WILMINGTON, DE 19801  05-550 GMS | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| | 3. Service Type  ☐ Certified Mail   ☐ Express Mail  ☐ Registered   ☐ Return Receipt for Merchandise  ☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number (Transfer from service label)  05-551 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |