ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN H. BENGE, JR.,<br>PETITIONER | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No. 05-0551GMS |
| RICK KEARNEY, WARDEN<br>SUSSEX CORRECTIONAL<br>INSTITUTION; AND M.<br>JANE BRADY, ATTORNEY<br>GENERAL OF THE STATE<br>OF DELAWARE<br>RESPONDENTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

FILED
DEC 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## FRCP RULE 25 (d)(1) MOTION FOR AN ORDER OF SUBSTITUTION OF SUCCESSOR TO PUBLIC OFFICE

**COMES NOW,** John H. Benge, petitioner above-named. *pro se* and pursuant to FRCP Rule 25(d)(1) and moves for an order of this Court substituting Carl Danberg, Esq., as successor in office to M. Jane Brady, Esq. and amending the caption in the above case accordingly, substituting Carl Danberg as a respondent therein. Petitioner waives the right to file any further brief with respect to this motion.

Date: December 7, 2005

_____
John H. Benge, Jr.
Sussex Correctional Inst.
P.O. Box 500
Georgetown, DE 19947

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached motion was served on December 7, 2005 by depositing the same in the prisoner mail dropbox at Sussex Correctional Institution, Georgetown, Delaware, first class mail, postage prepaid, and addressed to:

>Thomas E. Brown, Esq.
>Deputy Attorney General
>Department of Justice
>820 North French Street
>Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

>Executed on December 7, 2005

I/M: J. BENGE    BLDG. MER W
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of the Court
United States District Court
United States Courthouse
844 North King Street,
Wilmington, DE
19801