**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JOHN H. BENGE, JR.**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-551-GMS |
| | : | |
| **RICK KEARNEY**, Warden, | : | |
| and **M. JANE BRADY**, | : | |
| Attorney General of the | : | |
| State of Delaware | : | |
| | : | |
| Respondents. | : | |

MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the respondents move for an extension of time in which to file an answer to the petition. In support thereof, the respondents state the following:

1. The petitioner, John H. Benge, has applied for federal habeas relief challenging a conviction by a jury in the Delaware Superior Court in and for Sussex County of second degree assault, offensive touching and first degree trespassing. D.I. 1; *Benge v. State*, No. 544, 2003, 2004 WL 2743431 (Del. Nov. 15, 2004). The answer to the petition is presently due on December 28, 2005.

2. Undersigned counsel today filed an answer in a separate federal habeas case filed by Benge (*Benge v. Kearney*, Civ. Act. No. 05-550-GMS). Counsel had previously requested and was granted a first extension of time to file the answer in each of Benge's federal habeas proceedings. The petition in the other case was supported by a 53-page

supporting brief and a lengthy appendix. The supporting documents had not been served on counsel when counsel requested the first extension of time, and additional time was spent reviewing the submissions. Counsel has submitted various filings in this Court and the state courts in the last month. During the last month, the Superior Court also scheduled an evidentiary hearing in a first degree murder case pending on post-conviction review in which the undersigned is lead counsel. The hearing required presence in court and extensive preparation. Further, in addition to the usual scheduling disruptions caused by the holiday season, the Chief of the Appeals Division, Loren Meyers is on a long-planned vacation which requires the undersigned to undertake additional assignments and assume various other responsibilities. Counsel notes that, in addition to other workload, counsel has a supplemental memorandum and three answering briefs due to be filed in the state supreme court on or before January 20, 2006. Because of this work load, counsel requests the second extension of time in this case.

3.   Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4.   This is the respondents' second request for an extension of time in this case. The requested extension will not result in any prejudice to the petitioner.

5.  In light of the above, the respondents submit that a four-week extension of time from to and including January 25, 2006, is reasonable.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: December 28, 2005

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN H. BENGE, JR.**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-551-GMS |
| | : | |
| **RICK KEARNEY**, Warden, | : | |
| and **M. JANE BRADY**, | : | |
| Attorney General of the | : | |
| State of Delaware | : | |
| | : | |
| Respondents. | : | |

## O R D E R

This _____ day of _____, 2005,

WHEREAS, respondents having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before January 25, 2006.

_____
United States District Judge

CERTIFICATE

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

    /s/_____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: December 28, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on December 28, 2005 he caused to be electronically filed a Motion for Extension of Time with the Clerk of the Court using CM/ECF.  I hereby certify that on December 28, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document to the following non-registered participant, the petitioner:

    John H. Benge (No. 494395)
    Sussex Correctional Institute
    P.O. Box 500
    Georgetown, DE 19947.

    /s/
    Thomas E. Brown
    Deputy Attorney General
    Del. Dept. of Justice

    Counsel for Respondents

Date: December 28, 2005