IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN H. BENGE, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-551-GMS |
| ) | |
| RICK KEARNEY, ) | |
| Warden, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

At Wilmington this 17th day of January, 2006;

IT IS ORDERED that:

Petitioner John H. Benge's motion to substitute Carl C. Danberg's name for M. Jane Brady's name in the case caption as the Attorney General of the State of Delaware is GRANTED. (D.I. 18); *see* Fed. R. Civ. P. 25(d)(1).

UNITED STATES DISTRICT JUDGE