IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN H. BENGE, JR.**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 05-551-GMS |
| : | |
| **RICK KEARNEY**, Warden, : | |
| and **CARL C. DANBERG**, : | |
| Attorney General of the : | |
| State of Delaware, : | |
| : | |
| Respondents. : | |

MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the respondents move for an extension of time in which to file an answer to the petition. In support thereof, the respondents state the following:

1. The petitioner, John H. Benge, has applied for federal habeas relief challenging a conviction by a jury in the Delaware Superior Court in and for Sussex County of second degree assault, offensive touching and first degree trespassing. D.I. 1; *Benge v. State*, No. 544, 2003, 2004 WL 2743431 (Del. Nov. 15, 2004). The answer to the petition is presently due on January 25, 2006.

2. Counsel on December 28, 2005 filed the answer in a separate federal habeas case filed by Benge (*Benge v. Kearney*, Civ. Act. No. 05-550-GMS-D.I. 18). As counsel reviewed the record in this case to prepare the answer, counsel became aware for the first time that the petitioner had submitted a 105-page brief and appendix in support of the petition challenging the Sussex County convictions. Thus, counsel was not served copies

of the brief or the appendix and only received copies of the documents upon request from the Clerk's office on Wednesday, January 18, 2005. Counsel is aware of petitioner's protestations at the previous extension of time and certainly regrets requesting multiple extensions of time in any case. Nevertheless, counsel simply needs the additional time to review the 105-page supporting brief and voluminous appendix submitted by the petitioner in support of the petition.

       3.       Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

       4.       This is the respondents' third request for an extension of time in this case. The requested extension will not result in any prejudice to the petitioner.

       5.       In light of the above, the respondents submit that an extension of time until next Friday, February 3, 2006 is reasonable. Counsel will submit the answer upon completion if that is prior to the proposed due date.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: January 24, 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN H. BENGE, JR.**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-551-GMS |
| | : | |
| **RICK KEARNEY**, Warden, | : | |
| and **M. JANE BRADY**, | : | |
| Attorney General of the | : | |
| State of Delaware | : | |
| | : | |
| Respondents. | : | |

## O R D E R

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before February 3, 2006.

_____
United States District Judge

CERTIFICATE

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

          /s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: January 24, 2006

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on January 24, 2006 he caused to be electronically filed a Motion for Extension of Time with the Clerk of the Court using CM/ECF. I hereby certify that on January 24, 2006 I have also caused to be mailed by first class U.S. Mail two copies of the document to the following non-registered participant, the petitioner:

> John H. Benge (No. 494395)
> Sussex Correctional Institute
> P.O. Box 500
> Georgetown, DE 19947.

    /s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: January 24, 2006