*ORIGINAL*

*ORIGINAL*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN H. BENGE, JR.,** | ) | |
| *PETITIONER* | ) | |
| | ) | |
| | ) | |
| *v.* | ) | **NO. 05-0551 (GMS)** |
| | ) | |
| | ) | |
| **RICK KEARNEY, WARDEN** | ) | |
| **SUSSEX CORRECTIONAL** | ) | |
| **INSTITUTION; AND CARL** | ) | |
| **C. DANBERG, ATTORNEY** | ) | |
| **GENERAL OF THE STATE** | ) | |
| **OF DELAWARE** | ) | |
| *RESPONDENTS* | ) | |
| | ) | |

```
 FILED
 MAR 3 1 2006
 U.S. DISTRICT COURT
 DISTRICT OF DELAWARE
```

BP scanned

## MOTION FOR A DETERMINATION UNDER
## *HABEAS CORPUS* RULE 8(a) AND FOR
## SUMMARY JUDGMENT UNDER RULE 56(A)
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

**COMES NOW,** John H. Benge, Jr., petitioner *pro se* above-named

("Petitioner") and pursuant to Habeas Corpus Rule 8(a) and FRCP Rule

56(a) moves as follows:

1. For a determination under Habeas Corpus Rule 8(a) that no evidentiary

   hearing is warranted upon review of the petition, answer of respondents,

   transcript and record of state court proceedings, and the additional

   materials submitted by the parties under Habeas Corpus Rules 5 and 7.

2.  For summary judgment under FRCP Rule 56(a) for Petitioner on each of

the claims set forth in the *habeas corpus* petition filed in the above-

captioned case.

The grounds for this motion are that there is no genuine issue as to any fact

material to Petitioner's claims for *habeas corpus* relief under 28 U.S.C.

§2254 and that Petitioner is entitled to relief as a matter of law.

Date: March 28, 2006

John H. Benge, Jr.
P.O. Box 500
Georgetown, DE 19947

## Certificate of Service

The undersigned hereby certifies that two copies of the attached motion were served on March 28, 2006 by depositing the same in the prisoner mail dropbox at Sussex Correctional Institution, Georgetown, DE 19947, first class mail, postage prepaid, and addressed to:

> Thomas E. Brown, Esq.
> Deputy Attorney General
> Department of Justice
> 820 North French Street
> Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2006

J. Benge
I/M:                    BLDG. MBKW
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
844 NORTH KING STREET    LOCKBOX 18
WILMINGTON, DE
19801 - 3570


PRIORITY