

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| John H. Benge, Jr., | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | Civil Action No. 05-0551(GMS) |
| v. | ) | |
| | ) | |
| Rick Kearney, Warden | ) | |
| Sussex Correctional | ) | |
| Institution And | ) | |
| Carl C. Danberg, Esq., | ) | |
| Attorney General Of The | ) | |
| State of Delaware, | ) | |
| | ) | |
| Respondents | ) | |

FILED
JAN -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

## RULE 25(d)(1) MOTION FOR SUBSTITUTION OF PARTY RESPONDENT AND TO AMEND CAPTION

**COMES NOW, John** H. Benge, Jr. ("Petitioner"), *pro se*, and pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, moves for substitution of Joseph R. Biden, III, Esq., Attorney General of the State of Delaware, as a party respondent in the above-captioned action in the place and stead of Carl R. Danberg, Esq. and to amend the caption to henceforth read a follows:

| | |
|---|---|
| John H. Benge, Jr.,            ) | |
| )        | |
|     Petitioner           ) | |
| )        | Civil Action No. 05-0550(GMS) |
| v.                                      ) | |
| )        | |
| Rick Kearney, Warden    ) | |
| Sussex Correctional        ) | |
| Institution  And              ) | |
| Joseph R. Biden, III Esq., ) | |
| Attorney General Of The  ) | |
| State of Delaware,           ) | |
| )        | |
|     Respondents      ) | |

The grounds for this motion are that that Joseph R. Biden, III has succeeded Carl R. Danberg, Esq. as Attorney General of the State of Delaware and an order of substitution of party is therefore appropriate and the better practice under Rule 25 (d)(1).

Date: January 3, 2007

*/s/ John H. Benge, Jr.*
John H. Benge, Jr.
P.O. Box 500
Georgetown, DE 19947

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached motion were served on January 7, 2007 by depositing the same in the prisoner mail dropbox at Sussex Correctional Institution, first class mail, postage prepaid and addressed to:

>Thomas E. Brown, Esq.
>Department of Justice
>820 North French Street
>Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

>Executed on January 3, 2007

>_____

I/M: J. BENGE   BLDG. MERW
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1416 U.S. POSTAGE 02230370
7929 $00.87° JAN 04 07

U.S.M.S.
X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 NORTH KING STREET   LOCKBOX 18
WILMINGTON, DE
            19801-3570