# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John H. Benge, Jr., )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>Rick Kearney, Warden )<br>Sussex Correctional )<br>Institution And )<br>Carl C. Danberg, Esq., )<br>Attorney General Of The )<br>State of Delaware, )<br>)<br>Respondents ) | Civil Action No. 05-0551(GMS)<br><br>FILED<br>MAR - 7 2007<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br>BD Scanned |

## RULE 25(d)(1) MOTION FOR SUBSTITUTION OF PARTY RESPONDENT AND TO AMEND CAPTION

**COMES NOW, John** H. Benge, Jr. ("Petitioner"), *pro se*, and pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, moves for substitution of Michael DeLoy, Acting Warden of Sussex Correctional Institution as a party respondent in the above-captioned action in the place and stead of Rick Kearney and to amend the caption to henceforth read a follows:

| | |
|---|---|
| John H. Benge, Jr.,           )<br>                              )<br>     Petitioner              )<br>                              )      Civil Action No. 05-0550(GMS)<br>     v.                       )<br>                              )<br> Michael DeLoy, Acting Warden )<br> Sussex Correctional          )<br> Institution  And             )<br> Joseph R. Biden, III Esq.,   )<br> Attorney General Of The      )<br> State of Delaware,           )<br>                              )<br>     Respondents              )   | |

The grounds for this motion are that that Michael DeLoy has succeeded Rick Kearney as Acting Warden of Sussex Correctional Institution and an order of substitution of party is therefore appropriate and the better practice under Rule 25 (d)(1).

Date: March 2, 2006

                                  _____
                                  John H. Benge, Jr.
                                  P.O. Box 500
                                  Georgetown, DE 19947

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached motion were served on March 2, 2006 by depositing the same in the prisoner mail dropbox at Sussex Correctional Institution, first class mail, postage prepaid and addressed to:

Thomas E. Brown, Esq.
Department of Justice
820 North French Street
Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

Executed on March 2, 2006

*[signature]*

I/M: J. BENGE   BLDG. MERIT WEST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1207 U.S. POSTAGE PB2230370
7911 $00.63 MAR 05 07
3319 19947

The Honorable Gregory M. Sleet
United States District Court
United States Courthouse
844 North King Street   Lockbox 18
Wilmington, DE
19801