# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

John H. Benge, Jr.,            )
                               )
    Petitioner         )
                               )      Civil Action No. 05-0551(GMS)
  v.                           )
                               )
Rick Kearney, Warden           )
Sussex Correctional            )
Institution And                )
Carl C. Danberg, Esq.,         )
Attorney General Of The        )
State of Delaware,             )
                               )
    Respondents        )

FILED
MAY 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

## RULE 25(d)(1) MOTION FOR SUBSTITUTION OF PARTY RESPONDENT AND TO AMEND CAPTION

**COMES NOW**, John H. Benge, Jr. ("Petitioner"), *pro se*, and pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, moves for substitution of Michael DeLoy, Warden, Sussex Correctional Institution, as a party respondent in the above-captioned action in the place and stead of Rick Kearney and to amend the caption to henceforth read a follows:

| | |
|---|---|
| John H. Benge, Jr., ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. 05-0550(GMS) |
| v. ) | |
| ) | |
| Mike DeLoy, Warden ) | |
| Sussex Correctional ) | |
| Institution And ) | |
| Joseph R. Biden, III Esq., ) | |
| Attorney General Of The ) | |
| State of Delaware, ) | |
| ) | |
| Respondents ) | |

The grounds for this motion are that as of May 10, 2007, Michael DeLoy has succeeded Rick Kearney as Warden of Sussex Correctional Institution and an order of substitution of party is therefore appropriate and the better practice under Rule 25 (d)(1).

Date: ~~March 2~~ MAY 10, 2007

John H. Benge, Jr.
P.O. Box 500
Georgetown, DE 19947

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached motion were served on May 10, 2007 by depositing the same in the prisoner mail dropbox at Sussex Correctional Institution, first class mail, postage prepaid and addressed to:

> Thomas E. Brown, Esq.
> Department of Justice
> 820 North French Street
> Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

Executed on May 10, 2007

_[signature]_