**ORIGINAL**

## United States District Court for the District of Delaware

| | |
|---|---|
| John H. Benge, Jr.,                    )<br>                                        )<br>    Petitioner Below                  )<br>                                        )   Civil Action No.<br>        v.                              )       05-0551 (GMS)<br>                                        )<br>Michael DeLoy, Warden,                  )<br>Sussex Correctional                     )<br>Institution; and                        )<br>Joseph R. Biden, III,                   )<br>Attorney General Of The                 )<br>State Of Delaware,                      )<br>                                        )<br>                                        )<br>    Respondents Below                   ) | |



FILED

JUL 30 2007

RGscom

U.S. DISTRICT
DISTRICT O

## Notice of Appeal

Notice is hereby given that John H. Benge, Jr., Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment dismissing Petitioner's *habeas corpus* petition entered in this action on the 2nd day of July, 2007.

Date: July 27, 2007

                                        John H. Benge, Jr.
                                        Sussex Correctional Inst.
                                        P.O. Box 500
                                        Georgetown, DE 19947

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Notice of Appeal was served on July 27, 2007 by depositing the same in the prisoner mail dropbox at Sussex Correctional Institution, Georgetown, Delaware, first class mail, postage prepaid, and addressed to:

>Thomas E. Brown, Esq.
>Deputy Attorney General
>Department of Justice
>820 North French Street
>Wilmington, DE 19801

With a copy to:

>The Honorable Gregory M. Sleet
>United States District Court for
>the District of Delaware
>844 North King Street, Lockbox 19
>Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

>Executed on July 27, 2007
>
>[signature]