# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL INFORMATION STATEMENT

COUNSEL FOR APPELLANT: This statement is due to be filed with the Clerk of the Court of Appeals not later than 10 days from the filing of the notice of appeal.

COUNSEL FOR APPELLEE: If any information in appellant's statement is incorrect, counsel for appellee is directed to file a copy of this statement not later than 7 days after service.

SHORT CAPTION WITH IDENTITY OF APPELLANT    APPEAL FROM DISTRICT COURT

| | |
|---|---|
| John H. Benge, Jr., <br>     Petitioner Below, Appellant <br> v. <br> Michael DeLoy, Warden, Sussex <br> Correctional Institution; <br> Joseph R. Biden, III, Attorney General <br> Of the State of Delaware, <br>     Appellees | District: Delaware <br> D.C. Docket No.: 05-0551(GMS) <br> Date filed in D.C.: August 1, 2005 <br> Date NOA filed: July , 2007 |

NAME AND ADDRESS OF COUNSEL ON APPEAL

Name of Counsel    Address    Telephone No. (incl. FAX #, if any)

For Appellant(s): None

*For Appellee(s):    Thomas Brown, Esq., Deputy Attorney General
Delaware Department of Justice
820 North French Street
Wilmington, DE 10801
(302) 577-8400



*LIST ONLY THE NAMES OF PARTIES WHO WILL OPPOSE YOU ON APPEAL, TOGETHER WITH THE NAMES AND ADDRESSES OF THEIR ATTORNEYS
Is this a Cross-Appeal? Yes [ ] No [ ✓ ]

Was there a previous appeal in case? Yes [ ] No [ ✓ ]

If yes, Short Title:
Docket No.:
Citation, if reported:
See p. 2.

To your knowledge, is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

{A} Arises from substantially the same case or controversy as this appeal? [ ✓ ] Yes [ ] No

{B} Involves an issue that is substantially the same, similar, or related to an issue in this appeal? [ ✓ ] Yes [ ] No

If yes, state whether { ✓ } "A" or { ✓ } "B" or both, and provide:
Case Name: John H. Benge, Jr. Petitioner v. Deloy, Warden et al.    Court: U.S. District Court, Delaware
Docket No.: 05- 0550 (GMS); CAPP application filed July 20, 2007

**NATURE OF SUIT**
**(Check as many as apply)**

| 1. FEDERAL STATUTES | 2. TORTS | 4. PRISONER PETITIONS |
|---|---|---|
| [ ] ANTITRUST | [ ] ADMIRALTY | [ ] CIVIL RIGHTS |
| [ ] BANKRUPTCY | [ ] ASSAULT/DEFAMATION | [ ✓ ] HABEAS CORPUS (2254) |
| [ ] BANKS & BANKING | [ ] PRODUCT LIABILITY/ | [ ] MANDAMUS AND OTHER |
| [ ] CIVIL RIGHTS | WARRANTY | [ ] PAROLE |
| [ ] COMMERCE, ROUTES, AND TARIFFS | [ ] DIVERSITY | [ ] VACATE SENTENCE(2255) [ ] OTHER (specify): |
| [ ] COMMODITIES | | |
| [ ] COMMUNICATIONS | | **5. OTHER** |
| [ ] CONSUMER PROTECTION | | |
| [ ] COPYRIGHT[ ] PATENT OR [ ] TRADEMARK | **3. CONTRACTS** | [ ] FORFEITURE/PENALTY [ ] REAL PROPERTY |
| [ ] ELECTION | [ ] ADMIRALTY/MARITIME | [ ] TREATY (specify): |
| [ ] ENERGY | [ ] ARBITRATION | |
| [ ] ENVIRONMENTAL | [ ] COMMERCIAL | |
| [ ] FREEDOM OF INFORMATION | [ ] EMPLOYMENT [ ] INSURANCE [ ] OTHER (specify): | [ ] DIVERSITY |
| [ ] IMMIGRATION | [ ] NEGOTIABLE DISBURSEMENTS | |
| [ ] LABOR | | |
| [ ] OSHA | [ ] DIVERSITY | |
| [ ] SECURITIES | [ ] OTHER (specify): | |
| [ ] SOCIAL SECURITY | | |
| [ ] TAX | | |
| [ ] EQUAL ACCESS TO JUSTICE | | |
| [ ] OTHER (specify): | | |

N.B. ALL CASES EXCEPT THOSE IN CATEGORY 4, ORIGINAL PROCEEDINGS (e.g, mandamus/prohibition), AND PRO SE CASES ARE SUBJECT TO REFERRAL TO THE COURT'S MEDIATION PROGRAM.

This is to certify that this civil appeal information statement was mailed to the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 27th day of July, 2007.
REV. 02/10/99

