## United States District Court for the District of Delaware

| | |
|---|---|
| John H. Benge, Jr., )<br>Petitioner Below/ )<br>Appellant )<br> )<br>v. )<br> )<br>Michael DeLoy, Warden )<br>Sussex Correctional )<br>Institution; and )<br>Joseph R. Biden, III, )<br>Attorney General of the )<br>State of Delaware, )<br>Respondents Below/ )<br>Appellees ) | Court of Appeals<br>No. 07-3317<br><br>Delaware District Court<br>Civil Action No. 05-0551(GMS) |

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

**Comes Now,** Appellant John H. Benge, Jr., petitioner below/appellant ("Appellant"), and moves this Honorable Court for leave to file the appeal in the above captioned matter without prepayment of the costs therefor or the posting of security therfor and to proceed *in forma pauperis*. The grounds for this motion is that because of Appellant's poverty he is presently unable to pay such costs or post security therefor.

Appellant has previously been granted leave to proceed *in forma pauperis* in the Supreme Court of the United States; the Supreme Court of Delaware; and the Court of

Chancery of the State of Delaware in and for New Castle County.

Appellant's affidavit or declaration in support of this motion is attached hereto; Appellant has ordered a six month statement from the prison business office which will be forwarded to the Court as son as it is received by Appellant.

Date: August 9, 2007

John H. Benge, Jr.
Sussex Correctional
   Institution
P.O. Box 500
Georgetown, DE 19947

## United States District Court for the District of Delaware

| | | |
|---|---|---|
| John H. Benge, Jr., | ) | |
|     Petitioner Below/ | ) | **Court of Appeals** |
|     Appellant | ) | **No. 07- 3317** |
| | ) | |
| v. | ) | **Delaware District Court** |
| | ) | **Civil Action No. 05-0551(GMS)** |
| Michael DeLoy, Warden | ) | |
| Sussex Correctional | ) | |
| Institution; and | ) | |
| Joseph R. Biden, III, | ) | |
| Attorney General of the | ) | |
| State of Delaware, | ) | |
|     Respondents Below/ | ) | |
|     Appellees | ) | |

## Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis*

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621).

Signed: _____   Date: August 9, 2007

### Instructions

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

**Nature of the appeal:** this is an appeal by a prisoner in state custody from dismissal by the District Court of a federal habeas corpus petition and denial by the court below of as certificate of appealability.

**My issues on appeal are:**

1. Whether Petitioner's 1st Amendment claim was "fairly presented" to the state courts and was therefore exhausted for purposes of federal *habeas corpus* review.

2. Whether "cause" and "prejudice" excusing any procedural default were present in the circumstances of this case because of the futility of further state court review.

3. Whether Petitioner's federal *habeas corpus* petition as filed below contained both exhausted and unexhausted claims and was therefore a "mixed petition" that the District Court lacked jurisdiction to adjudicate; whether therefore the District Court should have granted a stay and held the *habeas corpus* petition in abeyance pending exhaustion of Petitioner's unexhausted 1st Amendment claim in state court.

4. Whether Delaware's presumptive sentencing system violates the Sixth and Fourteenth Amendments by permitting a judge to enhance a sentence based upon facts not found by a jury or admitted by a defendant.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

**INCOME SOURCE: Prisoner wages as education program tutor**

| **AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS** | **AMOUNT EXPECTED NEXT MONTH** |
|---|---|
| **You** | **Your Spouse** |
| Employment $ 45.00 | $ N/A |
| Self-Employment $ 0 | $ N/A |
| Income from real property (such as rental income) $ 0 | $ N/A |
| Gifts $ 10. | $ N/A |
| Alimony $ 0 | $ N/A |
| Child Support $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) $ 0 | $ N/A |
| Unemployment payments $ 0 | $ N/A |
| Disability (such as social security, insurance payments) $ 0 | $ N/A |
| Public Assistance (such as welfare) $ 0 | $ N/A |
| Other (specify): $ 0 | $ N/A |
| **Total monthly income $ 55.00** | **$ N/A** |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Self employed attorney | 16 Snuff Mill Road Centreville, DE 19807 | 1976-2001 | $5,000. ± |

No employment or income from employment since 2001.

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions: N/A

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $None: possession of cash prohibited at prison.

Below, state any money you or spouse have in bank accounts or in any other financial institution.

**Financial Institution Type of Account Amount you have Amount your spouse has**

| Prison account | Prisoner | Less than $30.00 | N/A |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

**See 6 months statement attached**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| | YOU | YOUR SPOUSE |
|---|---|---|
| **Home (Value)** | N/A | N/A |
| **Other real estate (Value)** | N/A | N/A |
| **Motor Vehicle # 1 (Value)** | N/A | N/A |
| Make & year: | | |
| Model: | | |
| Registration # : | | |
| **Motor Vehicle # 2 (Value)** | N/A | N/A |
| Make & year: | | |
| Model: | | |
| Registration # : | | |
| **Other assets (Value):** | Contingent, unliquidated, disputed civil rights claims, defamation claim, property claims | |
| **Other assets (Value)** | N/A | N/A |

6. State every person, business or organization owing you or your spouse money, and the amount owed.
Person owing you or your spouse money: None – no debts are due to Petitioner

| Amount owed to you | Amount owed to your spouse |
|---|---|
| None | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate: None

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) | N/A | N/A |
| Are real estate taxed included?<br>__Yes  __No | N/A | N/A |
| Is property insurance included?<br>__ Yes  __ No | N/A | N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | N/A | N/A |
| Home maintenance (repairs and upkeep) | N/A | N/A |
| Food | $25.00 | N/A |
| Clothing | $ 0 | N/A |
| Laundry and dry-cleaning | $ 0 | N/A |
| Medical and dental expenses | $ 0 | N/A |
| Transportation (not including motor vehicle payments) | $ 0 | N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | N/A |
| Insurance (not deducted from wages or included in mortgage payments) | N/A | N/A |
| Homeowners or renters | N/A | N/A |
| Life | N/A | N/A |
| Health | N/A | N/A |
| Motor Vehicle | N/A | N/A |
| Other: | N/A | N/A |
| Taxes (not deducted from wages or included in mortgage payments)(specify): | $0 | N/A |

|  | You | Your Spouse |
|---|---|---|
| Installment payments |  |  |
| Credit Card (name): | N/A | N/A |
| Department Store (name): | N/A | N/A |
| Other: | N/A | N/A |
| Alimony, maintenance and support paid to others: | N/A | N/A |
| Regular expenses for operation of business or farm (attach detailed statement): | N/A | N/A |
| Other (specify): | N/A | N/A |
| **Total monthly expenses:** | **$25.00** | **N/A** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

__ Yes   _✓_ No         If yes, describe on an attached sheet.

10. Have you paid or will you be paying an attorney any money for services in connection with this case, including the completion of this form?

__ Yes   _✓_ No         If yes, how much? $0

If yes state the attorney's name, address and telephone number: N/A

11. Have you paid Or will you be paying anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

__ Yes   _✓_ No            If yes, how much? $0

If yes state the person's name, address and telephone number: N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal: I am incarcerated and have no income or assets from which to pay docket or any other appeal-related fees. I am unable to borrow funds to pay those fees and unable, at present, to have others pay those fees on my account.

13. State the address of your legal residence.

   Sussex Correctional Institution
   Georgetown, DE 19947

Your daytime telephone number: N/A: prisoners are denied incoming calls

Your age:  58     Your years of Schooling: 19

Rev: 9/29/04

# REQUEST FORM
# FOR
# INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: BENGE  JOHN  H.   SBI Number: 00494395
　　　　　　　(Last)　　(First)　(M.I.)

Housing Unit: MERIT WEST

......................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____    _____Judith Ann Lederman_____
Inmate Signature                                  Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: RECEIVED SCI Business Office

AUG 0 3 2007

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

---

# INMATE ACCOUNT STATEMENT

TO:   Inmate Name: BENGE  JOHN  H.
　　　　　　　　　(Last)　　(First)　(M.I.)
　　　SBI Number: 00494395
　　　Housing Unit: MERIT WEST

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account
......................................................

Attached is your account statement for the six month period of 02-01, 2007 through 07-31, 2007.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 23.32.

Attachment

_____Phyllis Redden_____
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

John H. Benge, Jr.
P.O. Box 500
Georgetown, DE.
19947



Office of the Clerk of the Court
U.S. District Court for the District of Delaware
844 N. King St, Lockbox 18
Wilmington, DE.
19801