ALD-71                                                          November 29, 2007

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 07-3317

JOHN H. BENGE, JR.

  v.

WARDEN MICHAEL DELOY;
ATTORNEY GENERAL OF THE STATE OF DELAWARE

       (D. Dela. 05-CV-00551)

Present:    SLOVITER, FISHER AND HARDIMAN, CIRCUIT JUDGES.

       Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

       in the above-captioned case.

                                Respectfully,

                                Clerk

MMW/CAD/clc

_____ORDER_____

      The foregoing application for a certificate of appealability is denied. Jurists of reason would not find it debatable that Benge's Sixth Amendment claim is without merit, and that his First Amendment claim is unexhausted and procedurally defaulted.

                               By the Court,

                               /s/ Dolores K. Sloviter
                                Circuit Judge

Dated: December 10, 2007
clc\cc: Mr. John H. Benge        Thomas E. Brown, Esq.

A True Copy:

Marcia M. Waldron, Clerk